**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYSHON GADISON,<br><br>            Plaintiff,<br><br>    v.<br><br>HEATHER SHIRLEY, et al.,<br><br>            Defendants. | Case No.  1:23-cv-00519-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 3) |

Plaintiff, Rayshon Gadison, is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2023, Plaintiff Gadison initiated this action with 18 other inmates by filing a single unsigned civil rights complaint under 42 U.S.C. § 1983. *See Ricky L. Thomas et al. v. Shirley, et al.*, Case No. 1:23-cv-00470-BAM, Doc. 1. On April 5, 2023, the assigned magistrate judge, after determining each of the eighteen plaintiffs must proceed in separate actions, severed the claims and ordered each plaintiff, including Gadison, to submit his or her own complaint and either pay the $402.00 filing fee or apply to proceed in forma pauperis under 28 U.S.C. § 1915 within 45 days. (Doc. 1 at 2-3.) In the Order severing Plaintiff's case, the Court expressly warned Plaintiff that a failure to comply "will result in dismissal of that Plaintiff's individual action." (Doc. 1 at 4, ¶ 7.) Plaintiff Gadison failed to timely comply with the April 5, 2023 Order, and on

June 6, 2023 the Magistrate Judge filed findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute. (Doc. 3.) The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*. at 4.) Plaintiff failed to file any objections and the time to do so has expired. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations, filed on June 6, 2023, (Doc. 3) are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:   **July 6, 2023**                                    _____
                                                                              UNITED STATES DISTRICT JUDGE